IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEON ROOSEVELT DOUGLAS,

    Defendant.                               Case No. 95-cr-30124-1-DRH

## ORDER

**HERNDON, Chief Judge:**

    Defendant Douglas has filed a Motion for Reduction of Sentence Pursuant to the Provisions of **18 U.S.C. § 3582(c)(2)** (Doc. 62). As Defendant, who is currently serving a federal prison sentence, is found to be financially unable to obtain counsel, is in need of counsel and is entitled to the appointment to counsel, the Court hereby **APPOINTS** the United States Federal Public Defender for the Southern District of Illinois to serve as representative counsel for Defendant in this matter.

    Subsequent to this appointment, the matter is **STAYED** until March 3, 2008, which is the effective date for the retroactive application of the amendment to the Federal Sentencing Guidelines pertaining to crack cocaine offenses.

Furthermore, Administrative Order 102, included herewith, is incorporated by reference.

        **IT IS SO ORDERED.**

Signed this 19th day of December, 2007.

                                    /s/      David R Herndon
                                    **Chief Judge**
                                    **United States District Court**